[Civ. No. 7336. Second Appellate District, Division Two.—May 18, 1931.]

CITY OF LOS ANGELES (a Municipal Corporation), Appellant, v. HARRY B. NASH et al., Defendants; JAMES L. CLARKE et al., Respondents.

Erwin P. Werner, City Attorney, and Arthur Loveland and Arthur W. Nordstrom, Deputies City Attorney, for Appellant.

Meserve & Meserve for Respondents.

THOMPSON (IRA F.), This is an appeal from an order denying a motion to tax costs, in which all the material facts and questions of law are identical with those of *City of Los Angeles* v. *Sadie D. Griffith Abbott, Julia Fanta, etc., et al., Respondents* (No. 7369), *ante,* p. 180 [299 Pac. 807], this day decided. The same disposition should be made of the instant case.

Order affirmed.

Works, P. J., and Craig, J., concurred.